RECEIVED

JUL 1 3 2022

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**_____DIVISION**

)
)
)
Plaintiff(s), Antonio Hill )
)
v. )     Case No. _____
)         (to be assigned by Clerk of District Court)
Ritz Carlton St. Louis )
)
)     JURY TRIAL DEMANDED
)
)     YES ✓    NO ☐
Defendant(s). (Enter above the full name(s) )
of all defendants in this lawsuit. Please )
attach additional sheets if necessary.) )

**EMPLOYMENT DISCRIMINATION COMPLAINT**

1.     This employment discrimination lawsuit is based on (check only those that apply):

✓

Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin. **NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older). **NOTE:** *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability. **NOTE:** *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

Case: 4:22-cv-00747-RLW    Doc. #: 1    Filed: 07/13/22    Page: 2 of 9 PageID #: 2

____ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

**NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

✔ Other (Describe)  Sexual Harassment

## PARTIES

2.    Plaintiff's name: __Antonio Hill__

Plaintiff's address: __1514 Martin Luther King Dr.__
Street address or P.O. Box

__East Saint Louis, IL 62201__
City/ County/ State/Zip Code

__(314) 230-3361__
Area code and telephone number

3.    Defendant's name: __Ritz Carlton - St. Louis__

Defendant's address: __100 Carondelet PLaza__
Street address or P.O. Box

__University City, MO 63105__
City/County/State/ Zip Code

__314 -863 - 6300__
Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

2

4.    If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

100  Carondelet  Plaza          U-City  MO        63105
(Street Address)              (City/County)          (State)   (Zip Code)

5.    When did the discrimination occur?  Please give the date or time period:

7-06-2021

## ADMINISTRATIVE PROCEDURES

6.    Did you file a charge of discrimination against the defendant(s) with the Missouri Commission on Human Rights?

☐ Yes   Date filed: _____

☑ No

7.    Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

☑ Yes   Date filed: 1/28/22

☐ No

8.    Have you received a Notice of Right-to-Sue Letter?

☑ Yes                        ☐ No

If yes, please attach a copy of the letter to this complaint.

9.    If you are claiming age discrimination, check one of the following:

_____60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

_____fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

3

## NATURE OF THE CASE

10.    The conduct complained of in this lawsuit involves (check only those that apply):

_____ failure to hire me

✓ _____ termination of my employment

✓ _____ failure to promote me

_____ failure to accommodate my disability

_____ terms and conditions of my employment differ from those of similar employees

✓ _____ retaliation

✓ _____ harassment

_____ other conduct (specify):

Did you complain about this same conduct in your charge of discrimination?

✓ Yes                              No

4

11.    I believe that I was discriminated against because of my (check all that apply):

✓ race

✓ religion

_____ national origin

✓ color

✓ gender

_____ disability

_____ age (birth year is: _____ )

_____ other:

Did you state the same reason(s) in your charge of discrimination?

✓ Yes          ☐ No

12.    State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful.  It is not necessary to make legal arguments, or to cite cases or statutes.

I was sexually harassed by Lauren Gully stating that I need to shave the hair off my chest, She created an hostile work enviroment, my privacy was violate over a conversation on my personal phone. I was suspended but excorted by security that refused to let me go to my locker, People clicked u against me to liz and say I said somethin

(Continue to page 6, if additional space is needed.)

about somebody butt. Casa clique was jealous of my work performance when it took more at the m to d a iob I can

do alone.   I was followed my Lauren thru-out the shift, Every time I came to work, I was writen up for a conversation about me sexual preference and I don't have to be treated unfairly Cause I prefer a diffrent sex partner. I work In Room Dining, Lobby, resturant, and banquet kitchen alone every day when there was 3-4 Stewards working Casa. I was wrongfully terminated, retaliated for a Complaint about Lauren Cully harassing me. H.R. and Amanda Joiner couldn't tell me who cliqued up against me for saying something to somone that I was falsely accused of.

I alway worked alone playing my music with no help and done more work than any other which made them jealous of my work performance.

(Attach additional sheets as necessary).

6

13.    The acts set forth in paragraph 12 of this complaint:

☐    are still being committed by the defendant.

☑    are no longer being committed by the defendant.

☐    may still be being committed by the defendant.

## REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you.  Make no legal arguments;

cite no cases or statutes.    I want $36,000 for lost wages

1 million dollars for sexual harassment, wrongful termination, hostile work invironment, mental cruelty, defermation of character

14.    Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule.

7

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __13__ day of __July__ , 20__22__.

Signature of Plaintiff __Antonio Hell__

8